UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-60048-01 |
| VS. | DOHERTY |
| KHANH V. PHAM | MAGISTRATE JUDGE: HILL |

### ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

Interpreter:   Alice Y. Huynh

be appointed as interpreter to assist in the initial appearance and arraignment only. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.
THUS DONE AND SIGNED at <u>Lafayette</u>, Louisiana, this <u>21st</u> day of August, 2006.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE